UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:19-cr-0332-JPH-DML |
| | ) | |
| JEFFREY RAMSEY, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On September 8, 2021, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 29, 2021.  Defendant Ramsey appeared in person with his appointed counsel Sam Ansell.  The government appeared by MaryAnn Mindrum, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Mark McCleese.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Ramsey of his rights and provided him with a copy of the petition.  Defendant Ramsey orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Ramsey admitted violation numbers 2, 4, and 5.  [Docket No. 50.]  Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You shall answer truthfully the inquiries of the probation officer, subject to your 5th Amendment privilege."** |
| | After the domestic violence arrest, Mr. Ramsey was instructed to avoid contact with the alleged victim, Demetriana Lashay. Subsequently, social media posts showed them together; however, when confronted, the offender denied. on July 14, 2021, minutes after speaking to the offender on the telephone, a call was received from Ms. Lashay from the same telephone number as the offender. Initially she too denied the contact, but when confronted about the call using the same phone, she admitted they were together at that time. |
| 4 | **"You shall maintain lawful employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment."** |
| | Mr. Ramsey has been unemployed since April 6, 2021, and has made no meaningful attempts to gain employment. |
| 5 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |
| | On July 15, 2021, Mr Ramsey submitted a urine specimen which tested positive for Cannabinoids. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is IV.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. The parties jointly recommended a sentence of twelve (12) months and one (1) day with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day with no supervised release to follow.   The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/8/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system