UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cr-00332-JPH-DML ) |
| JEFFREY RAMSEY, | ) -01 ) |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Tim A. Baker's Report and Recommendation and all findings therein, dkt. [56]. The Court now **ORDERS** that Mr. Ramsey's supervised release is therefore **REVOKED**, dkt. [50], and Mr. Ramsey is sentenced to the custody of the Attorney General or his designee for imprisonment of 12 months and one day with no supervised release to follow.

**SO ORDERED.**

Date: 9/17/2021

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal